UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2013 Grand Jury

| UNITED STATES OF AMERICA, | ) CR No. 13-CR13-0302 |
|---|---|
| Plaintiff, | ) |
| | ) I N D I C T M E N T |
| v. | ) |
| | ) [18 U.S.C. § 2251(c): Sexual |
| WALTER LEE WILLIAMS, | ) Exploitation of a Child; 18 |
| | ) U.S.C. § 2423(b): Travel with |
| Defendant. | ) Intent to Engage in Illicit |
| | ) Sexual Conduct; 18 U.S.C. |
| | ) § 2423(c): Engaging in Illicit |
| | ) Sexual Conduct in Foreign |
| | ) Places; 18 U.S.C. §§ 2253 and |
| | ) 2428(a)(1): Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2251(c)]

Between on or about January 22, 2011, and on or about February 11, 2011, defendant WALTER LEE WILLIAMS ("WILLIAMS") employed, used, persuaded, induced, enticed, and coerced a minor, namely, victim J.M., who was then approximately 14 years old, to engage in sexually explicit conduct outside of the United States, its territories and possessions, for the purpose of producing a

visual depiction of such conduct, and defendant WILLIAMS transported such visual depiction to the United States, into Los Angeles County, within the Central District of California, by any means, including by using any means or facility of interstate or foreign commerce, in violation of Title 18, United States Code, Section 2251(c).

## COUNT TWO

[18 U.S.C. § 2423(b)]

On or about January 22, 2011, defendant WALTER LEE WILLIAMS, a United States citizen, knowingly traveled in foreign commerce, from Los Angeles County, within the Central District of California, to the Philippines, for the purpose of engaging in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with another person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

COUNT THREE

[18 U.S.C. § 2423(c)]

Between on or about January 22, 2011, and on or about February 11, 2011, defendant WALTER LEE WILLIAMS ("WILLIAMS"), a United States citizen, knowingly traveled in foreign commerce, from Los Angeles County, within the Central District of California, to the Philippines, and engaged in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with J.M., a boy who was under 18 years of age at the time that defendant WILLIAMS engaged in illicit sexual conduct with him, in violation of Title 18, United States Code, Section 2423(c).

COUNT FOUR

[18 U.S.C. § 2423(c)]

Between on or about January 22, 2011, and on or about February 11, 2011, defendant WALTER LEE WILLIAMS ("WILLIAMS"), a United States citizen, knowingly traveled in foreign commerce, from Los Angeles County, within the Central District of California, to the Philippines, and engaged in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with A.C., a boy who was under 18 years of age at the time that defendant WILLIAMS engaged in illicit sexual conduct with him, in violation of Title 18, United States Code, Section 2423(c).

FORFEITURE ALLEGATION

[18 U.S.C. §§ 2253 and 2428(a)(1)]

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to defendant WALTER LEE WILLIAMS ("WILLIAMS") that, in the event defendant WILLIAMS is convicted of any of Counts One through Four of this Indictment, defendant WILLIAMS shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2428(a)(1), all visual depictions created in violation of Title 18, United States Code, Section 2251(c), and all property, real or personal, used or intended to be used to commit or facilitate the commission of the offenses of conviction, including but not limited to the following:

    a.    Compaq Presario laptop computer, serial number 00172-339-768-591;

    b.    Hewlett Packard laptop computer, serial number CNU841SXV7;

    c.    Samsung SL102 Digital Camera and memory card, serial number A1V3C90SB04840A.

Pursuant to Title 21, United States Code, Section 853(p), defendant WILLIAMS shall forfeit substitute property, up to the total value of the items described above, if, as a result of any act or omission of defendant WILLIAMS, the property described above, or any portion thereof:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred, sold to, or deposited with a

```
                    third party;
            c.      has been placed beyond the jurisdiction of the
                    Court;
            d.      has been substantially diminished in value; or
            e.      has been commingled with other personal property
                    which cannot be subdivided without difficulty,


                              A TRUE BILL.



                                          /s/
                                   _____
                                       Foreperson
```

ANDREW G. OOSTERBAAN
Chief
Child Exploitation & Obscenity Section
Criminal Division
U.S. Department of Justice

MICHAEL GRANT
Trial Attorney
Child Exploitation & Obscenity Section
Criminal Division
U.S. Department of Justice


HERBRINA D. SANDERS
Trial Attorney
Child Exploitation & Obscenity Section
Criminal Division
U.S. Department of Justice