# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**CR13 - 0302**

Case Number _____    Defendant Number _____

U.S.A. v. Walter Lee Williams _____    Year of Birth 1948 _____

☑ Indictment    ☐ Information    Investigative agency (FBI, DEA, etc.) FBI _____

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

## OFFENSE/VENUE

a. Offense charged as a:
   ☐ Misdemeanor    ☐ Minor Offense    ☑ Felony
   ☐ Petty Offense    ☐ Class B Misdemeanor

b. Date of offense January-February 2011 _____

c. County in which first offense occurred
   Los Angeles _____

d. The crimes charged are alleged to have been committed in:

   CHECK ALL THAT APPLY

   ☑ Los Angeles         ☐ Ventura
   ☐ Orange              ☐ Santa Barbara
   ☐ Riverside           ☐ San Luis Obispo
   ☐ San Bernardino      ☑ Other Philippines

   Citation of offense 18 USC 2251(c), 18 USC 2423(b),
   18 USC 2423(c) (2cts)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?    ☑ No    ☐ Yes

IF YES   Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.

Related case(s), if any:  **MUST MATCH NOTICE OF RELATED CASE** _____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: _____
   Case Number _____
   Charging _____

complaint:   ☐ is still pending
☐ was dismissed on: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*    ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*    ☑ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT ?**   ☐ Yes        ☐ No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:

_____

Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge

_____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*    ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*    ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☐ Yes    ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☐ Yes        ☑ No
IF YES, list language and/or dialect: _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**OTHER**

- ☑ Male ☐ Female
- ☑ U.S. Citizen ☐ Alien

Alias Name(s) _____

_____

This defendant is charged in: ☑ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No

IF YES, should matter be sealed?  ☐ Yes  ☑ No

The area of substantive law that will be involved in this case includes:

- ☐ financial institution fraud
- ☐ government fraud
- ☐ environmental issues
- ☐ narcotics offenses
- ☐ violent crimes/firearms
- ☐ public corruption
- ☐ tax offenses
- ☐ mail/wire fraud
- ☐ immigration offenses
- ☐ corporate fraud
- ☑ Other: Child Exploitation _____

_____

_____

_____

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____
   in the amount of $ _____

c. PSA supervision?  ☐ Yes  ☐ No

d. Is a Fugitive  ☑ Yes  ☐ No

e. Is on bail or release from another district:

   _____

f. ☐ Has not been arrested but will be notified by summons to appear.

g. Warrant requested.  ☑ Yes  ☐ No

Defendant is **in** custody:

a. Place of incarceration:  ☐ State  ☐ Federal

b. Name of Institution: _____

c. If Federal:  U.S. Marshal's Registration Number:

   _____

d. ☐ Solely on this charge.  Date and time of arrest:

   _____

e. On another conviction:  ☐ Yes  ☐ No
   IF YES ☐ State  ☐ Federal  ☐ Writ of Issue

f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES ☐ State  ☐ Federal  AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

_____

_____

_____

_____

Date April 24 2013 _____

*Signature of Assistant U.S. Attorney*

Michael Grant/ Herbrina Sanders (CEOS)

*Print Name*