FILED

1 | ANDREW G. OOSTERBAAN
    Chief
2 | Child Exploitation & Obscenity Section
    Criminal Division
3 | U.S. Department of Justice
    MICHAEL GRANT
4 | Trial Attorney
    Child Exploitation & Obscenity Section
5 | Criminal Division
    U.S. Department of Justice
6 | HERBRINA D. SANDERS
    Trial Attorney
7 | Child Exploitation & Obscenity Section
    Criminal Division
8 | U.S. Department of Justice
         1400 New York Avenue, NW
9        Suite 600
         Washington, DC 20005
10       Telephone: (202) 616-1951
         Facsimile: (202) 514-1793
11       E-mail:    herbrina.sanders@usdoj.gov

12 | Attorneys for Plaintiff
     UNITED STATES OF AMERICA

2013 APR 30 PM 1: 13

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 13 **CR13-0302** |
| Plaintiff, | |
| v. | GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION |
| WALTER LEE WILLIAMS, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

    \_\_\_\_ 1. Temporary 10-day Detention Requested (§ 3142(d)) on the following grounds:

        \_\_\_\_ a. offense committed while defendant was on release

|   |   |   |
|---|---|---|
|   |   | pending (felony trial), (sentencing) (appeal) or on (probation) (parole); |
| ___ | b. | alien not lawfully admitted for permanent residence; |
| ___ | c. | flight risk; |
| ___ | d. | danger to community. |
| _X_ | 2. | <u>Pretrial Detention Requested (§ 3142(e)) because no condition or combination of conditions will reasonably assure against</u>: |
| _X_ | a. | danger to any other person or the community; |
| _X_ | b. | flight. |
| ___ | 3. | <u>Detention Requested Pending Supervised Release/Probation Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a))</u>: |
| ___ | a. | Defendant cannot establish by clear and convincing evidence that he/she will not pose a danger to any other person or to the community; |
| ___ | b. | Defendant cannot establish by clear and convincing evidence that he/she will not flee. |
| _X_ | 4. | <u>Presumptions Applicable to Pretrial Detention (18 U.S.C. § 3142(e))</u>: |
| ___ | a. | Title 21 or Maritime Drug Law Enforcement Act ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense with 10-year or greater maximum penalty (presumption of danger to community and flight risk); |
| ___ | b. | offense under 18 U.S.C. § 924(c) (firearm |

2

|   |   |   |
|---|---|---|
|   |   | used/carried/possessed during/in relation to/in furtherance of crime), § 956(a), or § 2332b (presumption of danger to community and flight risk); |
| X | c. | offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4), 2260, 2421, 2422, 2423 or 2425 (presumption of danger to community and flight risk); |
| ____ | d. | defendant currently charged with (I) crime of violence, (II) offense with maximum sentence of life imprisonment or death, (III) Title 21 or MDLEA offense with 10-year or greater maximum sentence, or (IV) any felony if defendant previously convicted of two or more offenses described in I, II, or III, or two or more state or local offenses that would qualify under I, II, or III if federal jurisdiction were present, or a combination of such offenses, <u>AND</u> defendant was previously convicted of a crime listed in I, II, or III committed while on release pending trial, <u>AND</u> the current offense was committed within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community). |
| X | 5. | <u>Government Is Entitled to Detention Hearing</u> |

      Under § 3142(f) If the Case Involves:

___ a. a crime of violence (as defined in 18 U.S.C. § 3156(a)(4)) or Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum sentence is 10 years' imprisonment or more;

___ b. an offense for which maximum sentence is life imprisonment or death;

___ c. Title 21 or MDLEA offense for which maximum sentence is 10 years' imprisonment or more;

___ d. instant offense is a felony and defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c if federal jurisdiction were present, or a combination or such offenses;

_X_ e. any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

_X_ f. serious risk defendant will flee;

_x_ g. serious risk defendant will (obstruct or attempt to obstruct justice) or (threaten, injure, or intimidate prospective witness or juror, or attempt to do so).

4

```
 1   ____    6.   Government requests continuance of _____ days for
 2                detention hearing under § 3142(f) and based upon the
 3                following reason(s):
 4                _____
 5   ____    7.   Good cause for continuance in excess of three days
 6                exists in that:
 7                _____
 8                _____
 9                _____
10
11   DATED:  4/26/13          Respectfully submitted,
12                            ANDREW G. OOSTERBAAN
                              Chief, Child Exploitation & Obscenity Section
13                            Criminal Division
                              U.S. Department of Justice
14
                              MICHAEL GRANT
15                            Trial Attorney
                              Child Exploitation & Obscenity Section
16                            Criminal Division
                              U.S. Department of Justice
17                            /s/ H. Sanders
                              HERBRINA D. SANDERS
18                            Trial Attorney
                              Child Exploitation & Obscenity Section
19                            Criminal Division
                              U.S. Department of Justice
20
                              Attorneys for Plaintiff
21                            UNITED STATES OF AMERICA
22
23
24
25
26
27
28
```

5