UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>Walter Lee Williams<br>DEFENDANT(S). | CASE NUMBER:<br>CR 13-0302<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

FILED 2013 JUN 20 AM 10:01 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 06/19/2013  10 p.m.   ☐ AM / ☒ PM
2. Defendant is in lock-up (in this court building) Yes ☒   No ☐
3. Charges under which defendant has been booked:   Criminal Forfeiture
   Sexual Exploitation of a Child; Travel w/ Intent to Engage in Illicit Sexual Conduct;
4. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☒ Yes   ☐ No   ☐ Unknown
6. Interpreter Required: ☒ No   ☐ Yes: _____ (Language)
7. Year of Birth: 1948
8. The defendant is:   ☒ Presently in custody on this charge.
                      ☐ Federal - In custody on another conviction.
                      ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): _____
10. Date detainer placed on defendant: _____
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel?   ☒ No
    ☐ Yes   Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services?   ☐ No
    ☒ If yes, please list Officer's Name: Duty   Time: 10:00   ☒ AM / ☐ PM
14. Remarks (if any): _____

15. Date: 06/20/2013
16. Name: Ronald G. Schloegel (Please Print)
17. Agency: FBI
18. Signature: [signed]
19. Office Phone Number: (310) 996-3845

CR-64 (06/09)   REPORT COMMENCING CRIMINAL ACTION