# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:13-CR-00302                Recorder: CS 06/20/2013                Date: 06/20/2013

Present: The Honorable Carla Woehrle, U.S. Magistrate Judge

Court Clerk: Donna Y. Thomas                        Assistant U.S. Attorney: Cathy J. Ostiller

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| WALTER LEE WILLIAMS<br>       CUSTODY-PRESENT | ALEXANDER GRIGGS<br>       PANEL | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Philip S. Gutierrez.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 8/13/2013 at 9:00 AM
    Status Conference 7/29/2013 at 10:00 AM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

The parties are referred to Judge Gutierrez's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: DT by TRB

cc: Statistics Clerk, PSALA CJA Supv Attorney, USMLA