ANDREW G. OOSTERBAAN
Chief, Child Exploitation & Obscenity Section
Criminal Division, U.S. Department of Justice
RAVI SINHA
HERBRINA D. SANDERS
Trial Attorneys
Child Exploitation & Obscenity Section
Criminal Division, U.S. Department of Justice
    1400 New York Avenue, NW, Suite 600
    Washington, DC, 20005
    Telephone: (202) 616-1951
    Facsimile: (202) 514-1793
    Email: ravi.sinha@usodj.gov
        herbrina.sanders@usdoj.gov

*Attorneys for Plaintiff*
*United States of America*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WALTER LEE WILLIAMS, <br><br> Defendant. | CR No. 13-0302-PSG <br><br> UNITED STATES' RESPONSE TO WALTER WILLIAMS' NOTICE OF MOTION AND MOTION FOR A BILL OF PARTICULARS (DOC. 33) <br><br> Motion Date: March 3, 2014 <br> Motion Time: 10:00 a.m. <br> Trial Date: March 18, 2014 <br> Time: 8:30 AM <br> Place: 880-Roybal |

    In his Motion for a Bill of Particulars (Doc. 33), Defendant Walter Williams sought five categories of information regarding the Indictment (Doc. 1). Though some of the information had previously been disclosed to Defendant's counsel verbally, the United States recently responded to Defendant's request through a letter to his counsel ("Response Letter"). The United States' Response Letter included:

    1. *For Count One*: The United States identified and provided the full file paths for the images of child pornography underlying Count One. The United

States has also agreed to fly a computer forensics specialist from Washington, DC to Los Angeles, CA to assist Defendant's counsel in her review of the relevant computer media.  The United States has offered to have the computer forensics specialist help Defendant's counsel locate and review the identified images.

2. *For Count Two*:  The United States has identified the victim in Count Two, as well as provided the Bates numbers for the victim's birth certificate and the date on which the birth certificate was disclosed in discovery.  Alongside its Response Letter, the United States provided an additional copy of the victim's birth certificate.

3. *For Count Three*:  The United States has identified the victim in Count Three, as well as provided the Bates numbers for the victim's birth certificate and the date on which the birth certificate was disclosed in discovery.  Alongside its Response Letter, the United States provided an additional copy of the victim's birth certificate.  In response to additional requests, the United States also provided supplemental information regarding the alleged abuse, including a narrowed timeframe for the abuse and the names of the hotels at which the abuse took place.

4. *For Count Four*:  The United States has identified the victim in Count Four, as well as provided the Bates numbers for the victim's birth certificate and the date on which the birth certificate was disclosed in discovery.  Alongside its Response Letter, the United States provided an additional copy of the victim's birth certificate.  In response to additional requests, the United States also provided supplemental information regarding the alleged abuse, including a narrowed timeframe for the abuse and the names of the hotels at which the abuse took place.

In light of these disclosures, the United States believes that Defendant has received all of the information requested in his Motion for a Bill of Particulars. Accordingly, the United States respectfully asks this Court to deny the motion as moot.

Dated: February 10, 2014

Respectfully submitted,

ANDREW G. OOSTERBAAN
Chief
Child Exploitation & Obscenity Section
Criminal Division
U.S. Department of Justice

 /s/ Ravi Sinha
RAVI SINHA
HERBRINA D. SANDERS
Trial Attorneys
Child Exploitation & Obscenity Section
Criminal Division
U.S. Department of Justice

*Attorneys for Plaintiff*
*United States of America*