ANDREW G. OOSTERBAAN
Chief, Child Exploitation & Obscenity Section
Criminal Division, U.S. Department of Justice
RAVI SINHA
HERBRINA D. SANDERS
Trial Attorneys
Child Exploitation & Obscenity Section
Criminal Division, U.S. Department of Justice
    1400 New York Avenue, NW, Suite 600
    Washington, DC, 20005
    Telephone: (202) 616-1951
    Facsimile: (202) 514-1793
    Email: ravi.sinha@usodj.gov
        herbrina.sanders@usdoj.gov

*Attorneys for Plaintiff*
*United States of America*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WALTER LEE WILLIAMS,<br><br>    Defendant. | CR No. 13-0302-PSG<br><br>UNITED STATES' RESPONSE TO WALTER WILLIAMS' MOTION FOR DISCOVERY (DOC. 35)<br><br>Motion Date: March 3, 2014<br>Motion Time: 10:00 a.m.<br>Trial Date: March 18, 2014<br>Time: 8:30 AM<br>Place: 880-Roybal |

    In the Exhibit attached to his Motion for Discovery (Doc. 33), Defendant Walter Williams asserts that he is entitled to an extensive list of documents and information through discovery. The United States respectfully responds that, notwithstanding his list, Defendant is only entitled to such discovery as is required by legal ethics, local rules and policies, the Federal Rules of Criminal Procedure, applicable statutes, and controlling jurisprudence or court orders.

1  But, to the extent that the parties disagree, it has not hindered the flow of
2  discovery from the United States to Defendant.  To date, the United States has produced
3  over 2800 pages of discovery, as well as over 46 gigabytes of video and audio
4  recordings.  The United States has set up two separate viewings for Defendant's counsel
5  to review the forensic reports of computers and media seized from Defendant at Los
6  Angeles International Airport. (Viewings have been conducted because the reports
7  contain child pornography.)  The United States has also agreed to fly a computer
8  forensics specialist from Washington, D.C. to Los Angeles to assist Defendant's
9  counsel during her February 12, 2014 review of full duplicate images of all of
10 Defendant's computer media in the United States' possession and the accompanying
11 computer forensic reports.
12     Nonetheless, cognizant of its ongoing duty to disclose discoverable evidence, the
13 United States recognizes that its discovery production is not complete.  Accordingly,
14 the United States continues to provide Defendant with timely discovery.  In light of the
15 United States' continued and anticipated production—including the computer media
16 review that will take place later this week—and in view of the specific requests made in
17 Defendant's motion, the United States believes that Defendant will receive all the
18 discovery to which he is entitled in a timely fashion and, thus, that his Motion will be
19 rendered moot.
20     Accordingly, the United States asks this Court to deny the motion.
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

Dated: February 10, 2014

Respectfully submitted,

ANDREW G. OOSTERBAAN
Chief
Child Exploitation & Obscenity Section
Criminal Division
U.S. Department of Justice

*/s/ Ravi Sinha*
RAVI SINHA
HERBRINA D. SANDERS
Trial Attorneys
Child Exploitation & Obscenity Section
Criminal Division
U.S. Department of Justice

*Attorneys for Plaintiff*
*United States of America*