EVAN A. JENNESS (SBN 136822)
2115 Main Street
Santa Monica, California 90405
Telephone (310):   399-3259
Facsimile (310):   392-9029
evan@jennesslaw.com

JEFFREY J. DOUGLAS (SBN 106922)
1717 4th Street, 3rd Floor
Santa Monica, California 90401
Telephone:   (310) 576-3411
Facsimile:   (310) 576-3408
jjdxxx1@gmail.com

Attorneys for Defendant
WALTER WILLIAMS

E-FILED 02/14/14

#33 (02/24 HRG OFF)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WALTER LEE WILLIAMS,<br><br>　　　　Defendant. | CASE NO. CR 13-302-PSG<br><br>[~~PROPOSED~~] ORDERS, IN THE ALTERNATIVE RE: HEARING ON WALTER WILLIAMS' MOTION FOR A BILL OF PARTICULARS<br><br>Motion Date:  February 24, 2014<br>Motion Time:  10:00 am<br>Trial Date:   March 18, 2014<br>Trial Time:   9:00 a.m.<br>Place:        880-Roybal |

# [~~PROPOSED~~] ORDER GRANTING REQUEST

GOOD CAUSE HAVING BEEN SHOWN, Walter Williams' Motion for a Bill of Particulars is removed from this Court's February 24, 2014 (10:00 a.m.) calendar.

Dated: February  14, 2014

**PHILIP S. GUTIERREZ**
_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

OR

# [PROPOSED] ORDER DENYING REQUEST

NO GOOD CAUSE HAVING BEEN SHOWN, Walter Williams' Motion for a Bill of Particulars will remain on this Court's February 24, 2014 (10:00 a.m.) calendar).

Dated:  February ___, 2014

_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

Presented by:

 /s/ Evan A. Jenness
Evan A. Jenness
Attorney for Walter Williams