1  EVAN A. JENNESS (SBN 136822)
   2115 Main Street
2  Santa Monica, California  90405
   Telephone:  (310) 399-3259
3  Facsimile:   (310) 392-9029
   evan@jennesslaw.com
4
   JEFFREY J. DOUGLAS (SBN 106922)
5  A Professional Corporation
   1717 Fourth Street, Third Floor
6  Santa Monica, California  90401
   Telephone:  (310) 576-3411
7  Facsimile:   (310) 576-3408
   jjdxxx1@gmail.com
8
   Attorneys for Defendant
9  WALTER WILLIAMS

10

11                UNITED STATES DISTRICT COURT

12             FOR THE CENTRAL DISTRICT OF CALIFORNIA

13                        WESTERN DIVISION

14  UNITED STATES OF AMERICA,        )   CASE NO. CR 13-302-PSG
                                     )
15              Plaintiff,           )   NOTICE OF LODGING OF
                                     )   [PROPOSED] ORDER RE:
16        v.                         )   CONDITIONS OF CONFINEMENT
                                     )   OF WALTER WILLIAMS
17                                   )
    WALTER LEE WILLIAMS,             )   Trial Date:   March 19, 2014
18                                   )   Time:         9:00 a.m.
                Defendant.           )   Place:        880-Roybal
19                                   )
    _____    )
20

21

22

23

24

25

26

27

28

As directed by the Court during proceedings on March 10, 2014, the defense submits herewith for the Court's consideration, the accompanying [Proposed] Order Re: Conditions of Confinement of Walter Williams.

DATED: March 11, 2014

Respectfully submitted,

LAW OFFICES OF EVAN A. JENNESS

By:  /s/ Evan A. Jenness
     EVAN A. JENNESS

LAW OFFICE OF JEFFREY J. DOUGLAS

By:  /s/ Jeffrey J. Douglas
     JEFFREY J. DOUGLAS

Attorneys for Walter Williams