1  EVAN A. JENNESS (SBN 136822)
   2115 Main Street
2  Santa Monica, California 90405
   Telephone:  (310) 399-3259
3  Facsimile:   (310) 392-9029
   evan@jennesslaw.com
4
   JEFFREY J. DOUGLAS (SBN 106922)
5  1717 4th Street, 3rd Floor
   Santa Monica, California 90401
6  Telephone:  (310) 576-3411
   Facsimile:   (310) 576-3408
7  jjdxxx1@gmail.com

8  Attorneys for Defendant
   WALTER WILLIAMS
9

10

11             UNITED STATES DISTRICT COURT

12             CENTRAL DISTRICT OF CALIFORNIA

13             WESTERN DIVISION

14

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 13-302-PSG |
| Plaintiff, | DECLARATION IN SUPPORT OF WALTER WILLIAMS' MOTION TO SUPPRESS EVIDENCE RESULTING FROM UNLAWFUL SEARCHES OF ELECTRONIC DEVICES [DOCKET NO. 106] |
| v. | |
| WALTER LEE WILLIAMS, | |
| Defendant. | |
| | Date Requested:  March 17, 2014<br>Time Requested: 9:30 a.m.<br>Trial Date:          March 19, 2014<br>Trial Time:         9:00 a.m.<br>Place:                880-Roybal |

Pursuant to Rule 12-1.1 of the Local Rules of Criminal Procedure, attached hereto is a declaration of Walter Williams.

Dated: March 11, 2014            Respectfully submitted,

LAW OFFICES OF EVAN A. JENNESS


 /s/ Evan A. Jenness
EVAN A. JENNESS


JEFFREY J. DOUGLAS LAW OFFICES


 /s/ Jeffrey J. Douglas
JEFFREY J. DOUGLAS

ATTORNEYS FOR WALTER WILLIAMS

# DECLARATION OF WALTER LEE WILLIAMS

I, Walter Williams, hereby declare under penalty of perjury that the following is true and correct:

1. On February 11, 2011, I arrived at LAX and was detained by law enforcement agents;

2. I had with me the following, which belonged to me: (a) a Compaq laptop; (b) a Samsung camera with a memory card; and (d) a HP laptop.

3. The agents told me they were confiscating the devices listed in Paragraph 2. I told them that I wanted them back because my research was on them. One agent responded, "in a few weeks," and they declined my request for a copy.

Dated: March 11, 2014

*/s/ Walter Lee Williams*

Walter Lee Williams