# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES - GENERAL

| Case No. | CR 13-302-PSG | | | | Date | March 13, 2014 | |
|---|---|---|---|---|---|---|---|

Present: The Honorable   Philip S. Gutierrez

Interpreter   None

| Wendy Hernandez | Miriam Baird | Ravi Sinha / Herbrina Sanders |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| WALTER LEE WILLIAMS | X | X | | Evan A Jenness / Jeffrey J Douglas | X | | X |

**Proceedings:**   STATUS CONFERENCE & MOTION HEARING

Based on the Court's instructions at the last hearing, defense counsel presents the Court with a joint trial and motion briefing schedule.  The Court and counsel discuss the proposed dates, and defense counsel advises that a proposed order will be submitted in accordance with today's rulings. Government counsel also advises that a stipulation regarding speedy trial will be filed soon.

:   34

Initials of Deputy Clerk   wh