## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CR 13-302-PSG | Date: April 28, 2014 |
| Present: The Honorable | Philip S. Gutierrez | |
| Interpreter | None | |

| Wendy Hernandez | C. Nirenberg | DOJ Herbrina Sanders / DOJ Ravi Sinha |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| WALTER LEE WILLIAMS | x | x | | RTND Evan A Jenness / RTND Jeffrey J Douglas | x | | x |

**Proceedings:**

1. DEFENDANT'S MOTION FOR DISCOVERY
FILED 02-01-14 (DOC. 35)

HEARING ON PARTIES' JOINT OMNIBUS EVIDENTIARY BRIEF

GOVT'S FIRST MIL: PROHIBITING DEFENDANT, HIS COUNSEL, AND ANY DEFENSE WITNESSES FROM ASKING ANY QUESTION, INTRODUCING ANY EVIDENCE, OR MAKING ANY STATEMENT
FILED 02-03-14 (DOC. 39)

GOVT'S MIL PURSUANT TO 404(b) AND 414 TO ADMIT OTHER-ACT EVIDENCE OF DEFENDANT'S STATE SEXUAL INTEREST
FILED 02-03-14 (DOC. 40)

DEFENDANT'S MIL FILED IN CAMERA ON 02-04-14 (DOC. 54)

DEFENDANT' BRIEFING PER COURT'S TRIAL ORDER RE: USE OF SPECIFIC TERMS; EVIDENCE OF WITNESS CONDUCT NOT BARRED BY FED.R.EVID., RULE 412; AND PARTIES' EVIDENTIARY AGREEMENTS
FILED AS A TRIAL BRIEF ONLY ON 03-10-14 (DOC. 96)

DEFENDANT'S MOTION TO SUPPRESS EVIDENCE RESULTING FROM UNLAWFUL SEARCHES OF ELECTRONIC DEVICES
FILED 03-11-4 (DOC. 106)

The Court, having heard oral argument on the recent pleadings filed by both sides (DE 145 to 147), vacates the jury trial date, and sets a Motion to Suppress Hearing for Thursday, May 8, 2014 at 9am.   In addition, the Court permits defense counsel to file a Reply to Government's Supplemental Briefing (DE147) tomorrow.

: 28

Initials of Deputy Clerk   wh