# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CRIMINAL MINUTES - GENERAL

| Case No.: | CR 13-302-PSG | Date | June 30, 2014 |
|---|---|---|---|

Present: The Honorable: Philip S. Gutierrez, United States District Judge

Interpreter: None

| Wendy K. Hernandez | Marea Woolrich | DOJ Herbrina Sanders/ DOJ Ravi Sinha |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| WALTER LEE WILLIAMS | | x | x | Evan A Jenness<br>Jeffrey J Douglas | | x | x |

Proceedings: **STATUS CONFERENCE**

Government counsel represents to the Court that a notice of appeal will be filed today, and it will automatically stay this action.

Time: /01

Initials of Deputy Clerk    wkh