# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: _____   Date: _____

Present: The Honorable _____, ☐ District Judge / ☐ Magistrate Judge

DOJ Ravi Sinha

| _____ | _____ | _____ | _____ |
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

**USA v. DEFENDANT(S) PRESENT**    **ATTORNEYS PRESENT FOR DEFENDANTS**

_____    _____
☐ Custody ☐ Bond ☐ O/R                  ☐ Appointed ☐ Retained

_____    _____
☐ Custody ☐ Bond ☐ O/R                  ☐ Appointed ☐ Retained

_____    _____
☐ Custody ☐ Bond ☐ O/R                  ☐ Appointed ☐ Retained

_____    _____
☐ Custody ☐ Bond ☐ O/R                  ☐ Appointed ☐ Retained

_____    _____
☐ Custody ☐ Bond ☐ O/R                  ☐ Appointed ☐ Retained

**PROCEEDINGS:**

☐ Defendant moves to change plea to the
☐ Defendant now enters a new and different plea of Guilty to Count(s) _____ of the

☐ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
☐ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to _____ for sentencing.
☐ The Court vacates the court and/or jury trial date.
☐ The pretrial conference set for _____ is off calendar as to defendant _____.
☐ Court orders:

☐ Other:

_____ : _____
Initials of Deputy Clerk _____

*cc:* *Probation Office*

CR-08 (09/09)                **CRIMINAL MINUTES - CHANGE OF PLEA**