# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

cc:USPO

( ___ Amended _____ )

| | | |
|---|---|---|
| Case No. CR 13-302-PSG | | Date December 15, 2014 |

Present: The Honorable  PHILIP S. GUTIERREZ

| WENDY HERNANDEZ | MAREA WOOLRICH | RAVI SINHA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| WALTER LEE WILLIAMS | X | ☐ | EVAN JENNESS; JEFFREY DOUGLAS | X | ☐ | ☐ | NONE |

**PROCEEDINGS:   SENTENCING AND JUDGMENT HEARING   ☐ Contested   ☐ Non-Evidentiary**

**Day ___ (if continued from a prior hearing date)**

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   **X** Refer to separate Judgment Order.
___ Imprisonment for  Years/months  on each of counts _____
   Count(s) _____ concurrent/consecutive to count(s) _____
   Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
___ Confined in jail-type institution for _____ to be served on consecutive days/weekends
   commencing _____
___ years/months Supervised Release/Probation imposed on count(s) _____
   consecutive/concurrent to count(s) _____
   under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
   ___ Perform _____ hours of community service.
   ___ Serve _____ in a CCC/CTC.
   ___ Pay  $_____ fine amounts & times determined by P/O.
   ___ Make  $_____ restitution in amounts & times determined by P/O.
   ___ Participate in a program for treatment of narcotic/alcohol addiction.
   ___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
   ___ Other conditions: _____
___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
___ Pay  $_____ per count, special assessment to the United States for a total of  $_____
___ Imprisonment for  months/years  and for a study pursuant to 18 USC _____ with results to be furnished to the Court within  days/months  whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____
**X** On Government's motion, all remaining counts ordered dismissed.
**X** Defendant informed of right to appeal.
**X** ORDER sentencing transcript for Sentencing Commission.   **X** Processed statement of reasons.
___ Bond exonerated _____ upon surrender ___ upon service of _____
___ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Issued Remand/Release          # _____
**X** Filed and distributed judgment.  ENTERED.
___ Other _____

_____ : 30
Initials of Deputy Clerk _____