STEVEN J. GROCKI
Chief, Child Exploitation & Obscenity Section
Criminal Division, U.S. Department of Justice
RAVI SINHA
HERBRINA D. SANDERS
Trial Attorneys
Child Exploitation & Obscenity Section
Criminal Division, U.S. Department of Justice
    1400 New York Avenue, NW, Suite 600
    Washington, DC, 20005
    Telephone: (202) 616-1951
    Facsimile: (202) 514-1793
    Email: ravi.sinha@usodj.gov
        herbrina.sanders@usdoj.gov

*Attorneys for Plaintiff,*
*United States of America*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WALTER LEE WILLIAMS,<br><br>    Defendant. | CR No. 13-0302-PSG<br><br>NOTICE OF DELIVERY OF FUNDS TO MINOR VICTIMS |

    The United States, by and through the undersigned, files this Notice of Delivery of Funds to Minor Victims pursuant to the Court's Order issued on January 22, 2016. (Doc. 209).  Payment of this Court's previously ordered restitution amounts to each of the six identified minor victims was completed between on or about June 3, 2016 and June 23, 2016.  Each minor received approximately $3,571.42 USD through a direct deposit into each minor's bank account.  Copies of the Direct Deposit Sign Up forms for each of the six minors and the United States Department of State Purchase Order, Receiving Report and Voucher have been maintained by the United States State Department and the Federal Bureau of Investigation.

1  Dated: August 30, 2016            Respectfully submitted,

                                     STEVEN J. GROCKI
                                     Chief, Child Exploitation & Obscenity Section
                                     Criminal Division, U.S. Department of Justice

                                     /s/ Herbrina D. Sanders
                                     RAVI SINHA
                                     HERBRINA D. SANDERS
                                     Trial Attorneys

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA