# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

TO: Clerk, United States District Court

Attention: Wendy Hernandez                       Date: May 3, 2022
           Deputy Clerk

**SUBJECT: REQUEST FOR CALENDAR DATE**

| NAME | DOCKET NO. | BOOKING NO. |
|---|---|---|
| Walter Lee Williams | 2:13-CR-00302-PSG-1 | Not in Custody |

| DATE IN LOCAL CUSTODY n/a | DEFENSE ATTORNEY* EVAN A. JENNESS |
| | TELEPHONE NO.: (310) 399-3259 |

*As shown on Judgment

Please calendar the above-named defendant for a preliminary revocation of supervised release hearing on ___ at ___. A citation will be issued to the offender

Interpreter Needed?  ☐ Yes  ☒ No          Language Type: _____

MARISOL MARTINEZ, 213-200-4094              HELENE HICKMAN, 909-383-5577
U. S. PROBATION OFFICER                      SUPERVISING PROBATION OFFICER

**FAX NO.**

*Routing of Request:*  Orig. To Clerk's Office     *Copies to:*  U. S. Attorney (Chief, Criminal Division)
                                                                Federal Public Defender (Chief Deputy)

---

## FOR CLERK'S USE ONLY

**PLEASE TAKE NOTICE** that the above-named defendant has been calendared for hearing before the Honorable Philip S. Gutierrez, Chief United States District Judge on 5/27/22 at 10:30 a.m./p.m. in Courtroom No. 6A.

CLERK, U. S. DISTRICT COURT

Date  5/9/22                              By _____
                                                Deputy Clerk

*Routing on Notice by Clerk:*  Original - Court File                                             ☒
                          cc:  U. S. Probation & Pretrial Services Office                         ☒
                               U. S. Attorney, Attn: Chief, Criminal Division                     ☒
                               Defense Attorney                                                   ☒
                               Federal Public Defender, Attn: Chief Deputy                        ☐
                               U. S. Marshal (Warrant Cases only)                                 ☐
                               Interpreter Section, Clerk's Office (When needed)                  ☐

\#

SUP 216
1/10/07