Law Office of Jeffrey J. Douglas, SB # 106922
2425 Olympic Blvd Ste 4000W
Santa Monica, CA 90404-4099
(310) 576-3411

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Walter Williams<br><br>PLAINTIFF<br><br>DEFENDANT(S). | CASE NUMBER<br><br>13-cr-302-PSG<br><br>DESIGNATION AND APPEARANCE OF COUNSEL |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint Jeffrey J. Douglas _____, Esquire, as my attorney to appear for me throughout all proceedings in this case.

05/17/2022
Date

*[Signature: Walter L. Williams]*
Defendant's Signature

Palm Springs, CA
City and State

## APPEARANCE OF COUNSEL

I, Jeffrey J. Douglas _____ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

05/17/2022
Date

*[Signature: Jeffrey J. Douglas]*
Attorney's Signature

106922
California State Bar Number

2425 Olympic Blvd Ste 4000W
Street Address

Santa Monica, CA 90404-4099
City, State, Zip Code

(310) 576-3411
Telephone Number

(310) 576-3408
Fax Number

jjdxxx1@gmail.com
E-mail Address

CR-14 (01/07)                    DESIGNATION AND APPEARANCE OF COUNSEL