# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

cc: USPO

| | |
|---|---|
| Case No. CR 13-302-PSG | Date August 26, 2022 |

Present: The Honorable **Philip S. Gutierrez, U.S. District Court Judge**

Interpreter   None

Probation Officer   Marisol Martinez

| Wendy Hernandez | CourtSmart | David Lachman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| WALTER LEE WILLIAMS (CITED) | | X | | Jeff Douglas | X | | X |

**Proceedings**   PRELIMINARY REVOCATION HEARING OF SUPERVISED RELEASE

The Court places the defendant under oath, advises him of his Constitutional Rights, and questions his understanding of the proceedings.

The Court proceeds to read the allegations to the defendant, and the defendant admits to the allegations.

The Court finds that the defendant knowingly, voluntarily, and intelligently waives his Constitutional Rights, including the right to a hearing on the Petition filed on May 9, 2022.

The Court also finds that the defendant's admissions are voluntary and knowledgeable, and accepts them.

Accordingly, IT IS ADJUDGED upon the findings of the Court that the defendant is found in violation of his supervised released. Please refer to separate Judgment for further details.

The defendant is advised of the right to appeal.

: 25

Initials of Deputy Clerk   wh