E-FILED: 8|30|22
cc: USPO; USM
JS-3

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>PLAINTIFF<br><br>vs.<br><br>WALTER LEE WILLIAMS<br><br>DEFENDANT. | CR 13-302-PSG<br><br><br><br>JUDGMENT CONTINUING SUPERVISED RELEASE AND COMMITMENT ORDER |
|---|---|

On August 26, 2022, the attorney for the Government David Lachman, and the defendant appeared in person represented by retained counsel Jeff Douglas. At that time, the defendant admitted to allegations three and four, as stated in the Petition filed on May 9, 2022, and the Court found the defendant in violation of the terms and conditions of his supervised release as set forth in the original Judgment and Commitment Order imposed on December 15, 2014.

Accordingly, IT IS ADJUDGED, upon the findings of the Court, that the period of supervised release **continues** under the same terms and conditions as previously imposed, with the following modified conditions:

1. The defendant shall refrain from sending currency of any kind outside of the United States without the permission and approval of the probation officer.
2. The defendant shall not associate or have verbal, written, telephonic, or electronic communication with any person under the age of 18, except: (a) in the presence of the parent or legal guardian of said minor; (b) on the condition that the offender notify said parent or legal guardian of the defendant's conviction in the instant offense/prior offense; and (c) with the approval of the probation officer. This provision does not encompass persons under the age of 18, such as waiters, cashiers, ticket vendors, etc., whom the offender must interact with in order to obtain ordinary and usual commercial services.
3. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the probation officer.
4. The defendant shall not obtain or possess any driver's license, Social Security number, birth certificate, passport or any other form of identification in any name, other than the defendant's true legal name, nor shall the defendant use, any name other than the defendant's true legal name without the prior written approval of the probation officer.

The Court authorizes the probation officer to disclose wire transfers and other relevant information, digital evidence and/or forensic images obtained during the forensic examination of the defendant's computer devices, to the Federal Bureau of Investigations (FBI) or other law enforcement agencies in order to assist in criminal investigations and other investigation of the defendant's high-risk conduct.

Based on the government's motion, the remaining allegations are ordered dismissed.

The defendant is advised of the right to appeal.

The Clerk shall provide a copy of this judgment to the United States Marshal and the United States Probation and Pretrial Services.

Dated: 8/30/22

_____
Philip S. Gutierrez, U.S. Chief District Judge

Dated: 8/30/22

_____
Deputy Clerk