Submit this form by e-mail to:



**FILED**
CLERK, U.S. DISTRICT COURT

02/14/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
Walter Lee Williams
USMS# ~~LA~~ 65562-112
PLAINTIFF

DEFENDANT

CASE NUMBER:
2:13-CR-00302-PSG-1

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 02-13-24 at 1:00 ☐ AM ☑ PM
   or
   The defendant was arrested in the Central District of Calif. on 02-13-24 at 1:00 ☐ AM ☑ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☑ Yes   ☐ No

4. Charges under which defendant has been booked:
   18 USC 3583 Sup. Rel. Viol.

5. Offense charged is a:   ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☑ No   ☐ Yes   Language: _____

7. Year of Birth: 1943

8. Defendant has retained counsel:   ☑ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): NONE

11. Name: Luis A. Bates   (please print)

12. Office Phone Number: (213) 758-3552   13. Agency: USMS

14. Signature: AP   15. Date: 02-14-24

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION