# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | | ☑ LA ☐ RS ☐ SA   DATE FILED: 1/3/2024 |
|---|---|---|
| | PLAINTIFF | CASE NUMBER: 2:13-cr-00302-PSG   ☐ Under Seal |
| v. | | INIT. APP. DATE: 2/14/2024   TIME: 2:00 PM |
| Walter Lee Williams | | CHARGING DOC: PO Warrant |
| | | DEFENDANT STATUS: In Custody |
| | DEFENDANT. | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT |
| | | VIOLATION: 18:3583 |
| | | COURTSMART/REPORTER: |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE Sheri Pym | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

**PRESENT:** Kimberly Carter      ~~Mitchell M. Sullivan~~ Erin Kiss
          Deputy Clerk                Assistant U.S. Attorney              Interpreter / Language

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☐ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☒ preliminary hearing OR ☐ removal hearing / Rule 20.

☒ Defendant states true name ☒ is as charged ☐ is ____

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☒ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.

☑ Attorney: **JEFFREY J. DOUGLAS** ☒ Retd. ☐ Apptd. ☐ Prev. Apptd. ☐ DFPD ☐ Panel ☐ Poss. Contribution Ordered (see separate order) ☐ Special appearance by: ____

☒ Government's request for detention is: ☒ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED

☒ Contested detention hearing is held. ☒ Defendant is ordered: ☒ Permanently Detained ☐ Temporarily Detained (see separate order)

☐ BAIL FIXED AT $ ____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED

☒ Preliminary Hearing waived.   ☐ Class B Misdemeanor   ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge ____. Counsel are directed to contact the clerk for the setting of all further proceedings.

☒ **PO/PSA WARRANT**   ☒ Counsel are directed to contact the clerk for District Judge ____ for the setting of further proceedings.

☐ Preliminary Hearing set for **Gutierrez** at ____ in Los Angeles
☐ Post-Indictment Arraignment set for: ____ at ____ in Los Angeles
☐ Government's motion to dismiss case/defendant ____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to ____ District of ____
   ☐ Bond to transfer, if bail is posted. Defendant to report on or before ____
   ☐ Warrant of removal and final commitment to issue. Date issued: ____ By CRD: ____
   ☐ Warrant of removal and final commitment are ordered stayed until ____
☐ Case continued to (Date) ____ (Time) ____ ☐ AM / ☐ PM
☐ Type of Hearing: ____ Before Judge ____ /Duty Magistrate Judge.
   Proceedings will be held in the ☐ Duty Courtroom ____ ☐ Judge's Courtroom ____
☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ Electronic Release Order issued (if issued using Release Book: Release Order No. ____ ).
☐ Other:

**RECEIVED:** ☒ PSA ☒ PROBATION ☐ FINANCIAL ☒ CR-10 ☒ READY    Deputy Clerk Initials: KC