# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | LA CR 13-00302-PSG-1 |
| Date | May 10, 2024 |

Present: The Honorable  Philip S. Gutierrez, United States District Judge

Interpreter

Probation Officer  Marisol Martinez

| Lynnie Fahey | CourtSmart | David Lachman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Walter Lee Williams | X | X | | Jeffrey Douglas | X | | X |

**Proceedings**   PRELIMINARY REVOCATION HEARING OF SUPERVISED RELEASE/PROBATION AND SENTENCING

Case is called and appearances made. The Court and counsel confer. For the reasons stated on the record, sentencing is continued to May 24, 2024 at 10:00 a.m.

IT IS SO ORDERED.

CC: USPO

| | : | 02 |
|---|---|---|
| | Initials of Deputy Clerk | LFA |