# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | LA CR 13-00302-PSG-1 |
| Date | May 24, 2024 |

Present: The Honorable  Philip S. Gutierrez, United States District Judge

Interpreter

Probation Officer  Helene Hickman

| Lynnie Fahey | CourtSmart | David Lachman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Walter Lee Williams | X | X | | Jeffrey Douglas | X | | X |

**Proceedings**   PRELIMINARY REVOCATION HEARING OF SUPERVISED RELEASE/PROBATION AND SENTENCING

Case is called and appearances made. The Court hears from counsel and the defendant. The Court proceeds with sentencing.

IT IS ADJUDGED upon the findings of the Court that the defendant is found in violation of his supervised release/probation. Please refer to separate Judgment for further details.

The defendant is advised of the right to appeal.

IT IS SO ORDERED.

CC: USPO

|  : | 41 |
|---|---|
| Initials of Deputy Clerk | LFA |