cc: USPO; USM; BOP
JS-3

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>vs.<br><br>WALTER LEE WILLIAMS,<br><br>DEFENDANT. | CR 13-0302-PSG-1<br><br>**JUDGMENT RE SUPERVISED RELEASE** |
|---|---|

On May 24, 2024, the attorney for the Government, (NAME), and the Defendant appeared represented by Jeffrey Douglas, RTND. At that time, the Defendant admitted to the allegations as stated in the Petition filed on December 28, 2023. The Court found the Defendant in violation of the terms and conditions of his supervised release as set forth in the original Judgment and Commitment Order imposed on December 16, 2014.

Accordingly, IT IS ADJUDGED, upon the findings of the Court, Supervised Release is REVOKED, and the Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **six (6) months.**

IT IS FURTHER ORDERED that upon release from confinement, the defendant is reinstated to supervised release for a term of **10 years**, upon the same terms and conditions previously imposed, with the following additional special conditions:

1) The offender shall participate for a period of 3 months in a home detention program which may include electronic monitoring, GPS, or automated identification system and shall observe all rules such program, as directed by the Probation Officer.

The offender shall pay the costs of Location Monitoring to the contract vendor, not to exceed the sum of $12.00 for each day of participation. The offender shall provide payment and proof of payment as directed by the Probation Officer.

2) The offender shall not lease or rent to any convicted felon to reside at his home without the prior approval of the probation office.

3) The offender shall not allow his residence to be utilized as a sex offender treatment center placement or any place where sex offenders congregate. This shall apply to any residence he owns or otherwise possesses and/or has dominion over.

The Defendant is advised of his right to appeal.

The Clerk shall provide a copy of this Judgment to the U.S. Marshal Service and the U.S. Probation and Pretrial Services Office.

Dated: May 24, 2024

_____
Philip S. Gutierrez, United States District Judge

Dated: May 24, 2024

_____
Lynnie Fahey
Deputy Clerk